HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KITSAP COUNTY and the KITSAP COUNTY DEPARTMENT OF EMERGENCY MANAGEMENT, <br><br> Defendants, <br><br> v. <br><br> GLEN MILNER, <br><br> Intervenor. | No. 3:15-cv-05910 <br><br> STIPULATION AND ORDER FOR A BIFURCATED BRIEFING SCHEDULE |

Plaintiffs United States of America, et al. (the "United States"), and Defendants Kitsap County and Kitsap County Department of Emergency Management (the "County"), together with Intervenor Glen Milner ("Milner") (collectively "the Parties") respectfully submit this Stipulation and proposed Order, and in support thereof represent as follows:

1. This is an action by the United States for declaratory and injunctive relief to seek court protection of federal information in connection with federal statutes and other

STIPULATION AND ORDER FOR BIFURCATED BRIEFING SCHEDULE
3:15-cv-05910- 1

**HARRISON-BENIS LLP**
**2101 Fourth Avenue, Suite 1900**
**Seattle, WA 98121**
**Phone: (206) 448-0402**
**Fax: (206) 448-1843**

1  law, after Kitsap County received requests for that information made pursuant to the Washington State Public Records Act (the "PRA"), Chapter 42.56 RCW.  Pursuant to a Temporary Restraining Order (the "TRO") (ECF 9) issued by this Court on December 15, 2015, the County has been enjoined from making any such disclosures until further Order of the Court.  A hearing on a preliminary injunction is currently scheduled for February 5, 2016 (ECF 18).

2. After the issuance of the TRO, Milner and another requester, withdrew their requests for the information which led to this Action, and, after intervening in this case as a Defendant, Milner filed an Answer asserting the case was moot (ECF 22-2) because no requests for the information at issue were currently outstanding with the County.  The County also filed an Answer, in which it also asserted the case was moot.  (ECF 26)

3. The Parties wish to obtain a decision by this Court on the mootness question before briefing the merits of the case.

4. In the event the case is determined not to be moot, the Parties wish to consolidate the hearing on a Preliminary Injunction with the trial on the merits pursuant to Rule 65(a)(2).  The Parties anticipate that the merits can be decided through cross motions for summary judgment, briefing for which would commence 28 days after entry of the Court's ruling on the mootness question pursuant to a briefing schedule submitted by the Parties.

5. The County and Milner agree to the continuation of the TRO until the case is either determined to be moot, or a final judgment on the merits is entered by the Court.

STIPULATION AND ORDER FOR BIFURCATED BRIEFING SCHEDULE
3:15-cv-05910- 2

**HARRISON-BENIS LLP**
2101 Fourth Avenue, Suite 1900
Seattle, WA 98121
Phone:  (206) 448-0402
Fax: (206) 448-1843

1  WHEREFORE, the Parties hereby agree to, and respectfully request entry of an
2  Order as set forth below establishing the following schedule for briefing on the mootness
3  question:

| | |
|---|---|
| Motion to Dismiss | January 28, 2016 |
| Response to Dismissal Motion | February 22, 2016 |
| Reply in Support of Dismissal | March 5, 2016 |

Respectfully submitted this 11th day of January, 2016.

| | |
|---|---|
| */s/Katherine George* <br> KATHERINE A. GEORGE <br> Of counsel <br> Harrison-Benis LLP <br> 2101 Fourth Avenue, Suite 1900 <br> Seattle, Washington 98121 <br> Cell phone: 425-802-1052 <br> Fax: 206 448-1843 <br> Attorney for Intervenor | ANNETTE L. HAYES <br> United States Attorney <br><br> */s/Peter Winn* <br> PETER A. WINN, WSBA #34701 <br> Assistant United States Attorney <br> United States Attorney's Office <br> Western District of Washington <br> 700 Stewart Street, Suite 5220 <br> Seattle, Washington 98101-1271 <br> Phone: 206-553-4985 <br> E-mail: peter.winn@usodj.gov <br> Attorney for Plaintiffs <br><br> TINA R. ROBINSON <br> Kitsap County Prosecuting Attorney <br><br> */s/ Shelley E. Kneip* <br> Alexis T. Foster, Deputy, WSBA No. 37032 <br> Shelley E. Kneip, Deputy, WSBA No. 22711 <br> Attorneys for Defendants Kitsap County And Kitsap County Department Of Emergency Management |

//

STIPULATION AND ORDER FOR BIFURCATED BRIEFING SCHEDULE
3:15-cv-05910- 3

**HARRISON-BENIS LLP**
2101 Fourth Avenue, Suite 1900
Seattle, WA 98121
Phone: (206) 448-0402
Fax: (206) 448-1843

1  **SO ORDERED.**  The bifurcated briefing schedule is adopted.

2  DATED this 12th day of January, 2016.

_____
Ronald B. Leighton
United States District Judge

STIPULATION AND ORDER FOR BIFURCATED BRIEFING SCHEDULE
3:15-cv-05910- 4

**HARRISON-BENIS LLP**
2101 Fourth Avenue, Suite 1900
Seattle, WA 98121
Phone:  (206) 448-0402
Fax: (206) 448-1843